UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

| | |
|---|---|
| **ALEXANDER ROY GIFFORD,** Plaintiff, vs. **DONALD J. TRUMP,** Defendant. | 2:21-MC-50013-TGB **ORDER DISMISSING CASE AND DENYING MOTION AS MOOT** |

Plaintiff is an enjoined filer—on December 17, 2020, Judge Thomas Ludington issued an order prohibiting Mr. Gifford from filing any more lawsuits in the Eastern District of Michigan without first obtaining permission from a judge. *See* Case No. 20-CV-13187, ECF No. 5. Mr. Gifford did not obtain permission to file this lawsuit, and therefore it must be dismissed.

To the extent this filing can be construed liberally as asking for permission to move forward with a lawsuit, the Court cannot grant it. Plaintiff says the government is improperly surveilling him and some of his family members. ECF No. 1, PageID.6-9. The allegations here are not

substantively different from his previous filing. *See* Case No. 20-CV-13187, ECF No. 1. The Court agrees with Judge Ludington's conclusion that the allegations are "devoid of any plausible legal or factual basis." *Id.* at ECF No. 5, PageID.15.

For these reasons, the case is **DISMISSED**, and the order seeking leave to proceed in forma pauperis is **DENIED** as moot.

**SO ORDERED**, this 19th day of January, 2021.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge